**Order entered September 28, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00739-CR**
**No. 05-16-00793-CR**

## MIGUEL GONZALES, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-59527-J, F15-59528-J**

## ORDER

The Court **GRANTS** appellant's September 26, 2016 motion to supplement the clerk's record and his motion for extension of time to file appellant's brief.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record, within **FIFTEEN DAYS** from the date of this order, that includes: (1) the jury charge in trial cause no. F15-59527-J; (2) the final judgment in trial cause no. F15-59527-J; (3) the designation of record in trial cause no. F15-59527-J; and (4) the letter to the court reporter requesting the record in trial cause no. F15-59527-J.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this order.

/s/  ADA BROWN
    JUSTICE